CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Email: chad_wright@fd.org
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRYANT NICHOLAS ESPINOZA, Defendant. | CR 24-26-H-BMM<br><br>**DEFENDANT ESPINOZA'S OPPOSED MOTION TO DISMISS COUNT 2 BECAUSE IT VIOLATES DOUBLE JEOPARDY** |

## MOTION

Defendant Bryant Nicholas Espinoza (Mr. Espinoza), by and through his counsel of record, Chad Wright, and the Federal Defenders of Montana, hereby moves to dismiss Count 2 of the Indictment.

Count 2 alleges that, in violation of 18 U.S.C. §922(g)(8), Mr. Espinoza knowingly possessed a firearm used in interstate commerce on February 6, 2024, while knowing he was subject to an active California domestic violence restraining

1

order. Mr. Espinoza was previously convicted of Violation of Order of Protection pursuant to Mont. Code Ann. §45-5-626 for knowingly possessing the same firearm on February 6, 2024, in violation of the same California restraining order of which he had notice. *State v. Bryant Nicholas Espinoza*, Lewis and Clark County Justice Court, TK-515-2024-722.

Prosecuting Count 2 violates the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution. The dual sovereignty doctrine does not apply because Montana derived its authority to convict Mr. Espinoza under 18 U.S.C. §2265, the Violence Against Women Act (1994).

### EXHIBITS

The following exhibits are attached to this motion for the Court's review:

| Document | Exhibit |
|---|---|
| August 9, 2021, DV-130 Restraining Order | A |
| April 9, 2024, Arrest Ticket | B |
| April 9, 2024, Affidavit of Probable Cause | C |
| July 3, 2024, Judgment | D |
| July 3, 2024, Change of Plea and Sentencing Hearing | E |

### CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Paulette L. Stewart, has been contacted regarding this motion and she objects on behalf of the government.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. Espinoza requests that the Court dismiss Count 2 of the Indictment.

RESPECTFULLY SUBMITTED this 4th day of February, 2025.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 4, 2025, a copy of the foregoing document was served on the following persons by the following means:

  __1__     CM-ECF

  __2__     Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
      Counsel for the United States of America

2. BRYANT ESPINOZA
      Defendant

                                /s/ Chad Wright
                                FEDERAL DEFENDERS OF MONTANA