**DV-130** — **Restraining Order After Hearing (Order of Protection)** — ~~ORIGINAL~~

☒ Original Order  ☐ _____ Amended Order

**① Name of Protected Person:**
Sandra Ceja

Your lawyer in this case (if you have one):
Name: _____  State Bar No.: _____
Firm Name: _____
Address (If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):
Address: ▆▆▆▆▆▆▆▆▆▆
City: ▆▆▆▆▆▆  State: CA  Zip: 92553
Telephone: ▆▆▆▆▆▆  Fax: _____
E-Mail Address: _____

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
AUG 0 9 2021
C. Monzon

*Fill in court name and street address:*
Superior Court of California, County of
Riverside
4175 Main Street
Same
Riverside, Ca 9250
Central Judicial District

MAY 28 2021
AUG 10 2021

*Clerk fills in case number when form is filed.*
**Case Number:** DVRI2103381

**② Name of Restrained Person:**
Bryant N. Espinoza

**Description of restrained person:**
Sex: ☒ M ☐ F  Height: 5-10  Weight: 165  Hair Color: Brn  Eye Color: Blu
Race: Hispanic  Age: 33  Date of Birth: 11-10-87
Address (if known): 1540 N. Amber Court
City: Ontario  State: CA  Zip: 91762
Relationship to protected person: ex boyfriend

**③ ☒ Additional Protected Persons**

In addition to the person named in ①, the following persons are protected by orders as indicated in items ⑥ and ⑦ (family or household members):

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| A▆▆▆ B. Es▆▆▆ | daughter | F | 1 |
| J▆▆▆ J. C▆▆▆ | daughter | F | 12 |
| A▆▆▆ C. C▆▆▆ | son | M | 6 |

☐ Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-130, Additional Protected Persons," as a title.

**④ Expiration Date**

The orders, except as noted below, end on

(date): 8-9-2024  at (time): _____  ☐ a.m.  ☐ p.m. or ☒ midnight

- If no date is written, the restraining order ends three years after the date of the hearing in item ⑤ (a).
- If no time is written, the restraining order ends at midnight on the expiration date.
- Note: Custody, visitation, child support, and spousal support orders remain in effect after the restraining order ends. Custody, visitation, and child support orders usually end when the child is 18.
- The court orders are on pages 2, 3, 4, and 5 and attachment pages (if any).

This order complies with VAWA and shall be enforced throughout the United States. See page 5.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq. Approved by DOJ
CEB Essential Forms  ceb.com

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
(Domestic Violence Prevention)

DV-130, Page 1 of 7 →

USAO_000013
EXHIBIT A - Page 1

| | Case Number: |
|---|---|
| | DVRI2103381 |

**⑤ Hearings**
  a. The hearing was on (date): 8-4-021 _____ with (name of judicial officer): Jennifer Gerard
  b. These people were at the hearing (check all that apply):
   ☒ The person in ①   ☐ The lawyer for the person in ① (name): _____
   ☐ The person in ②   ☐ The lawyer for the person in ② (name): _____
  c. The people in ① and ② must **return to Dept.** F301 _____ of the court on (date): 8-11-2021
   at (time): 8:30 ☒ a.m. ☐ p.m. to review (specify issues): Firearm Turn In

**To the person in ② :**

The court has granted the orders checked below. Item ⑨ is also an order. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**⑥ ☒ Personal Conduct Orders**
  a. The person in ② must **not** do the following things to the protected people in ① and ③ :
   ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements.
   ☒ Contact, either directly or indirectly, by any means, including, but not limited to, by telephone, mail, e-mail, or other electronic means.
   ☐ Take any action, directly or through others, to obtain the addresses or locations of any protected persons. (If this item is not checked, the court has found good cause not to make this order.)
  b. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.
  c. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**⑦ ☒ Stay-Away Order**
  a. The person in ② **must** stay at least (specify): 100 _____ yards away from (check all that apply):
   ☒ The person in ①        ☒ School of person in ①
   ☒ Home of person in ①    ☒ The persons in ③
   ☒ The job or workplace of person in ①   ☒ The child(ren)'s school or child care
   ☒ Vehicle of person in ①   ☐ Other (specify): _____
  b. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**⑧ ☐ Move-Out Order**
  The person in ② must move out immediately from (address): _____

**⑨ No Guns or Other Firearms or Ammunition**
  a. The person in ② cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

**This is a Court Order.**

Revised July 1, 2016
CEB Essential Forms
ceb.com

**Restraining Order After Hearing (CLETS—OAH)**
(Order of Protection)
(Domestic Violence Prevention)

DV-130, Page 2 of 7 →

USAO_000014

EXHIBIT A - Page 2

Case Number: **DVRI2103381**

⑨ b. The person in ② must:
- Sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms within his or her immediate possession or control. Do so within 24 hours of being served with this order.
- Within 48 hours of receiving this order, file with the court a receipt that proves guns have been turned in, sold, or stored. (Form DV-800, *Proof of Firearms Turned In, Sold, or Stored,* may be used for the receipt.) Bring a court filed copy to the hearing.

c. ☐ The court has received information that the person in ② owns or possesses a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Family Code section 6389(h). Under California law, the person in ② is not required to relinquish this firearm *(specify make, model, and serial number of firearm):* _____
The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the person in ② may be subject to federal prosecution for possessing or controlling a firearm.

⑩ ☒ **Record Unlawful Communications**
The person in ① has the right to record communications made by the person in ② that violate the judge's orders.

⑪ ☐ **Care of Animals**
The person in ① is given the sole possession, care, and control of the animals listed below. The person in ② must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals: _____

⑫ ☒ **Child Custody and Visitation**
Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order* or *(specify other form):* _____

⑬ ☐ **Child Support**
Child support is ordered on the attached Form FL-342, *Child Support Information and Order Attachment* or *(specify other form):* _____

⑭ ☐ **Property Control**
Only the person in ① can use, control, and possess the following property: _____

⑮ ☐ **Debt Payment**
The person in ② must make these payments until this order ends:
Pay to: _____ For: _____ Amount: $_____ Due date: _____
Pay to: _____ For: _____ Amount: $_____ Due date: _____
Pay to: _____ For: _____ Amount: $_____ Due date: _____
☐ *Check here if more payments are ordered. List them on an attached sheet of paper and write "DV-130, Debt Payments" as a title.*

⑯ ☐ **Property Restraint**
The ☐ person in ① ☐ person in ② must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, the person must notify the other of any new or big expenses and explain them to the court. *(The person in ② cannot contact the person in ① if the court has made a "No-Contact" order.)*
Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

Revised July 1, 2016
CEB | Essential Forms
Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)
DV-130, Page 3 of 7 →

USAO_000015
EXHIBIT A - Page 3

Case Number: **DVRI2103381**

**17** ☐ **Spousal Support**
Spousal support is ordered on the attached Form FL-343, *Spousal, Partner, or Family Support Order Attachment* or *(specify other form):* _____

**18** ☐ **Rights to Mobile Device and Wireless Phone Account**
  a. ☐ **Property Control of Mobile Device and Wireless Phone Account**
  Only the person in ① can use, control, and possess the following property:
  Mobile device *(describe)* _____ and account *(phone number):* _____
  Mobile device *(describe)* _____ and account *(phone number):* _____
  ☐ Check here if you need more space. Attach a sheet of paper and write "DV-130 Rights to Mobile Device and Wireless Phone Account" as a title.

  b. ☐ **Debt Payment**
  The person in ② must make these payments until this order ends:
  Pay to *(wireless service provider):* _____ Amount: $_____ Due date: _____

  c. ☐ **Transfer of Wireless Phone Account**
  The court has made an order transferring one or more wireless service accounts from the person in ② to the person in ①. These orders are contained in a separate order (Form DV-900).

**19** ☐ **Insurance**
  ☐ The person in ①  ☐ the person in ② is ordered NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties, or their child(ren), if any, for whom support may be ordered, or both.

**20** ☐ **Lawyer's Fees and Costs**
  The person in ② must pay the following lawyer's fees and costs:
  Pay to: _____ For: _____ Amount: $_____ Due date: _____
  Pay to: _____ For: _____ Amount: $_____ Due date: _____

**21** ☐ **Payments for Costs and Services**
  The person in ② must pay the following:
  Pay to: _____ For: _____ Amount: $_____ Due date: _____
  Pay to: _____ For: _____ Amount: $_____ Due date: _____
  Pay to: _____ For: _____ Amount: $_____ Due date: _____
  ☐ Check here if more payments are ordered. List them on an attached sheet of paper and write "DV-130, Payments for Costs and Services" as a title.

**22** ☐ **Batterer Intervention Program**
  The person in ② must go to and pay for a 52-week batterer intervention program and show written proof of completion to the court. This program must be approved by the probation department under Penal Code § 1203.097. The person in ② must enroll by *(date):* _____ or if no date is listed, must enroll within 30 days after the order is made. The person in ② must complete, file and serve Form 805, Proof of Enrollment for Batterer Intervention Program.

**23** ☐ **Other Orders**
  Other orders *(specify):* _____

**24** **No Fee to Serve (Notify) Restrained Person**
  If the sheriff or marshal serves this order, he or she will do it for free.

**This is a Court Order.**

Revised July 1, 2016
CEB Essential Forms
ceb.com

**Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)**

DV-130, Page 4 of 7

USAO_000016

EXHIBIT A - Page 4

Case Number: **DVRI2103381**

**25** **Service**

a. ☐ The people in ① and ② were at the hearing or agreed in writing to this order. No other proof of service is needed.

b. ☒ The person in ① was at the hearing on the request for original orders. The person in ② was not present.

   (1) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are the same as in Form DV-110 except for the end date. The person in ② must be served. This order can be served by mail.

   (2) ☒ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are different from the orders in Form DV-110, or Form DV-110 was not issued. The person in ② must be personally "served" (given) a copy of this order.

c. ☐ Proof of service of Form FL-300 to modify the orders in Form DV-130 was presented to the court.

   (1) ☐ The people in ① and ② were at the hearing or agreed in writing to this order. No other proof of service is needed.

   (2) ☐ The person in ☐① ☐② was not at the hearing and must be personally "served" (given) a copy of this amended order.

**26** ☐ **Criminal Protective Order**

a. ☐ Form CR-160, *Criminal Protective Order—Domestic Violence*, is in effect.
   Case Number: _____ County: _____ Expiration Date: _____

b. ☐ Other Criminal Protective Order in effect *(specify):* _____
   Case Number: _____ County: _____ Expiration Date: _____
   (List other orders on an attached sheet of paper. Write "DV-130, Other Criminal Protective Orders" as a title.)

c. ☐ No information has been provided to the judge about a criminal protective order.

**27** ☒ **Attached pages are orders.**

- Number of pages attached to this seven-page form: _____
- All of the attached pages are part of this order.
- Attachments include *(check all that apply):*
  ☒ DV-140  ☐ DV-145  ☒ DV-150  ☐ FL-342  ☐ FL-343  ☐ DV-900
  ☒ Other *(specify):* FC 3044 (2 page) Attachment

Date: 8-9-2021

_Jennifer Gerard_
Judge (or Judicial Officer)

---

**Certificate of Compliance With VAWA**

This restraining (protective) order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

**This is a Court Order.**

Revised July 1, 2016
CEB Essential Forms
ceb.com

Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)

DV-130, Page 5 of 7 →

C____, S____

USAO_000017

EXHIBIT A - Page 5

| | Case Number: |
|---|---|
| | DVRI2103381 |

## Warnings and Notices to the Restrained Person in ②

**If you do not obey this order, you can be arrested and charged with a crime.**
- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

**You cannot have guns, firearms, and/or ammunition.**



You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. Unless the court grants an exemption, you must sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect. Even if exempt under California law, you may be subject to federal prosecution for possessing or controlling a firearm.

## Instructions for Law Enforcement

### Start Date and End Date of Orders
The orders *start* on the earlier of the following dates:
- The hearing date in item ⑤ (a) on page 2, or
- The date next to the judge's signature on this page.

The orders *end* on the expiration date in item ④ on page 1. If no date is listed, they end three years from the hearing date.

### Arrest Required If Order Is Violated
If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

### Notice/Proof of Service
Law enforcement must first determine if the restrained person had notice of the orders. If notice cannot be verified, the restrained person must be advised of the terms of the orders. If the restrained person then fails to obey the orders, the officer must enforce them. (Family Code, § 6383.)
Consider the restrained person "served" (notified) if:
- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer. (Fam. Code, § 6383; Pen. Code, § 836(c)(2).) An officer can obtain information about the contents of the order in the Domestic Violence Restraining Order System (DVROS). (Fam. Code, § 6381(b)-(c).)

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, §13710(b).)

**This is a Court Order.**

| Revised July 1, 2016 CEB Essential Forms ceb.com | **Restraining Order After Hearing (CLETS—OAH) (Order of Protection) (Domestic Violence Prevention)** | **DV-130**, Page 6 of 7 |
|---|---|---|

| Case Number: |
|---|
| DVRI2103381 |

### Child Custody and Visitation

The custody and visitation orders are on Form DV-140, items ③ and ④. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.

### Enforcing the Restraining Order in California

Any law enforcement officer in California who receives, sees, or verifies the orders on a paper copy, in the California Law Enforcement Telecommunications System (CLETS), or in an NCIC Protection Order File must enforce the orders.

### Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):**

1. *EPO:* If one of the orders is an *Emergency Protective Order* (Form EPO-001) and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Restraining Order After Hearing (Order of Protection)* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

**This is a Court Order.**

Revised July 1, 2016
CEB | Essential Forms
ceb.com

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 7 of 7

USAO_000019
EXHIBIT A - Page 7