**STATE OF MONTANA**
☐ COUNTY OF ___LEWIS & CLARK___
☐ CITY OF _____

)
) vs.
)

**DEFENDANT (F/M/L)** Bryant Nicholas Espinoza
**STREET** 7965 ½ Green Meadow Dr
**CITY** Helena    **ST** MT    **ZIP** 59602

**THE DEFENDANT IS HEREBY GIVEN NOTICE TO APPEAR IN**
☑ JUSTICE  ☐ CITY  ☐ YOUTH  ☐ ____
**COURT OF** Justice ___ DEPT NO. ____
**COUNTY OF** LEWIS & CLARK
**LOCATED AT** LEWIS & CLARK COUNTY JUSTICE COURT

228 BROADWAY, ROOM 102, HELENA
(406) 447-8202 ... MONTANA
APPEARANCES - MONDAY THOUGH FRIDAY AT 8:30 A.M.
ON OR BEFORE _____ AM/PM
THE **10** DAY OF **April** 20 **24**
TO ANSWER THIS CHARGE.

**PRIMARY REASON FOR TRAFFIC STOP:**
LC240246

Pay Citations Online at:
www.citepayusa.com

**... & CLARK CO. SHERIFF'S OFFICE**    C05A    **78845**

**SEX** M  **WT.** 160  **HT** 5-11  **HAIR** BRO  **EYES** Blue  **DOB** [redacted]
**D/L** AAA0000773272  **D/L STATE** MT  **DOT OR ICC#** ____
**HOME PHONE** 909 808-8428  **BUSINESS NAME** Disabled/Hultz Tire  **BUS. PHONE** ____

**VEHICLE LICENSE NO.** _____
**LICENSE STATE** _____
**VEHICLE MAKE** _____
**VEH. COLOR** _____  **VEH. YEAR** _____
**VEH. MODEL** _____

**VEHICLE TYPE**
☐ CAR    ☐ TRK
☐ M/C    ☐ TRK/TRL
☐ PICKUP ☐ BUS
☐ ____

☐ CMV    ☐ CMVR
☐ CDL HOLDER

**UNIFORM VIOLATION CODE**

**THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING**
☑ MONTANA CODE    ☐ COUNTY ORDINANCE    ☐ CITY CODE
☐ P.O. Violation  **SECTION NO.** 46-5-626(1)
**ON THE** 3rd **DAY OF** February, 2024 **AT** 1400 **(MILITARY TIME)**
IN THAT SAID DEFENDANT DID KNOWINGLY OR PURPOSELY OR NEGLIGENTLY COMMIT THE FOLLOWING OFFENSE:

Violated the conditions of an active order of
protection by possessing a firearm.

**NAMELY AT (LOCATION)** 990 Lincoln Rd West

**LOCATION CODE** _____

**IF CHECKED** ☐ **PERSONAL APPEARANCE IN COURT REQUIRED**
☐ FAILURE TO APPEAR MAY RESULT IN A SUSPENSION OF YOUR DRIVER'S LICENSE OR PRIVILEGE TO DRIVE
☐ BA TEST GIVEN
☐ ACCIDENT  **BADGE NO.** 564
**RADAR UNIT NO.** ____  **DETACH NO.** ____

**RECEIVED**
$ None
**AS APPEARANCE BOND**

SIGNATURE OF OFFICER

DOCKET NUMBER TK 24.72

USAO_000417
EXHIBIT B - Page 1