## JUSTICE COURT

| | | |
|---|---|---|
| **STATE OF MONTANA** | * | Incident No.: LC240246 |
| vs. | * | AFFIDAVIT AND ORDER |
| **Bryant Espinoza** | * | RE: PROBABLE CAUSE |
| | * | |

Time of arrest: 1030 hrs
Date of arrest: 04/09/2024

---

STATE OF MONTANA
ss:
LEWIS & CLARK COUNTY

The undersigned, being duly sworn, states as follows:

That I am the deputy who arrested the Defendant, **Bryant Espinoza**, for the charge(s) of:

**-MCA 45-5-626 (1) Violation of Order of Protection—"MISDEMEANOR" 1st Offense**

That I believe there is probable cause to charge said Defendant with said charge(s) because:

1. A Deputy received a complaint of the Defendant being at Jim Darcy Elementary School on February 6, 2024, located at 990 Lincoln Rd West, Helena, Lewis and Clark County, with a firearm.
2. Upon review of the Defendant's driver's license return the Deputy became aware of an active Order of Protection out of Riverside County, California. A condition of the Order of Protection prohibits the Defendant from possessing firearms.
3. The return shows the Defendant was served the Order of Protection on August 25, 2021.
4. The Deputy interviewed a Witness who observed the Defendant with the firearm holstered on his left hip.
5. The Deputy observed surveillance video, observing the Defendant with a firearm holstered on his left hip at the school.
6. On April 9, 2024, a search warrant was executed at the Defendants residence in regard to an ongoing investigation. During the search, three firearms were located including the pistol the Defendant was carrying at the school.
7. The Defendant was advised of his rights per Miranda and agreed to speak with law enforcement without an attorney present. The Defendant admitted to carrying a firearm at the school. The Defendant stated he was not aware of the Order of Protection against him.

Attested by Deputy Christopher Norris, this 9th day of April, 2024.

Signature of Deputy: _____