IN THE JUSTICE COURT OF RECORD
CITY OF HELENA, LEWIS AND CLARK COUNTY, MONTANA
BEFORE THE JUSTICE OF THE PEACE
228 BROADWAY
HELENA, MONTANA 59601

STATE OF MONTANA

Plaintiff,

v.

BRYANT NICHOLAS ESPINOZA

Defendant.

Case No. TK-515-2024-0000722

ORDER FOR CONDITIONS OF BAIL /
NOTICE OF HEARING / TRIAL /
SENTENCING CONDITIONS

Offense Description: 45-5-626(3) [1st] Violation Of A Protective Order - 1st Offense;

[ ] Video/Skype/Vision Net/Telephonic Arraignment  [✗] In-Person Arraignment  [ ] Preliminary/Felony
[✗] Advised of rights: bond/ remain silent/right to counsel/enter plea of guilty/not guilty/penalties/ trial-judge or jury

PLEA: [✗] GUILTY  [ ] NOT GUILTY:  PUBLIC DEFENDER [ ] yes [ ] no

_____ Days Susp. Execution of Sentence. _____ Credit Time Served _____ days to [ ] Fines [ ] Jail [ ] Consecutive [ ] Concurrent

Count #1  Jail: 180 Days  90 Days Susp. Fine: $500  $250 suspended + $ 80 surcharge = $330
Count #2  Jail: ___ Days ___ Days Susp. Fine: $___  $___ suspended + $___ surcharge = $___
Count #3  Jail: ___ Days ___ Days Susp. Fine: $___  $___ suspended + $___ surcharge = $___
Count #4  Jail: ___ Days ___ Days Susp. Fine: $___  $___ suspended + $___ surcharge = $___

SENTENCE IMPOSED – DATE: ___/___/___  [✗] Community Service for Fines  [✗] Time Pay Ok
___ Hours Community Service beginning on or before ___/___/___, completed within 90 days.

[ ] PFMA Order: 40 hours Anger Management Counseling. **Enroll within 30 days.** Complete/Comply/Waive confidentiality with CT/CA
[ ] DUI/Possession of Alcohol/Drugs Order: PFL – **enroll within 30 days.** Complete/Comply/Waive confidentiality with CT/CA
[ ] Chem. Dep. Evaluation. Complete/Comply with recommendations.  [ ] Mental Health Evaluation. Complete/Comply with recommendations.
[ ] Register with victim services and pay monthly monitoring fees.  [ ] 24/7 Program, register and comply - Breath, SCRAM, or Soberlink
[ ] Pay Restitution of $___ through ( ) Court ( ) C. Attorney & pay fees ( ) Right to restitution hearing reserved.

**DEFENDANT SHALL NOT**

( ) Not leave the State without permission from the court
( ) Not leave L&C County without permission from the court
( ) Not possess firearms/weapons
(✗) No contact with victim(s)/witness(es)-permanent until lifted by the Court.
Victim's Name:

( ) No drugs/alcohol (prescriptions only)
( ) Not enter bars/casinos except for employment
( ) Not drive unless legal

**DEFENDANT SHALL**

( ) Post bail of $___
( ) Be released on own recognizance.
( ) Make all court appearances in PERSON.
( ) Notify the court & county attorney of any address/phone change.
(✗) Maintain weekly contact with attorney and /or probation officer.
(✗) Remain Law Abiding, obey all laws: local, state & federal.

SET FOR HEARING:  ( ) OMNIBUS HEARING  ( ) CHANGE OF PLEA  ( ) SENTENCING  ( ) PTR  ( ) PTR SENTENCING

( ) PRELIMINARY HEARING( Felony): _____ the ___ day of _____, 20___ at ___:___ A.M/P.M.

( ) **YOU SHALL ALSO APPEAR FOR AN ARRAIGNMENT HEARING** (Felony) in the Montana First Judicial District Court, Lewis and Clark County, on the SECOND FLOOR OF THE LEWIS AND CLARK COUNTY COURTHOUSE, 228 E. BROADWAY, HELENA, MONTANA on Tuesday the ___ day of _____, 20___ at 8:30 A.M.

Other Conditions of Release / Sentence: _____

I have read the above and agree to abide by all conditions in this court order, and understand that violating these conditions may result in additional charges being filed against me, such as contempt of court and/or bail jumping. I understand if I do not abide by them or appear for trial, the trial will be held in my absence and if found guilty I will be sentenced, my bond will be forfeited, and a warrant issued for my arrest and/or my license may be suspended for failing to appear or pay fines. I further agree that if I am arrested outside Montana while this matter is pending, I hereby waive extradition and I hereby agree, consent and elect, to return to Lewis and Clark County, Montana and waive my right to consent extradition.

Defendant: _____                          Signature of Judge: _____
Dated: 07/03/2024                                               Judge
COPIES TO:   Court      Defendant      Defense Attorney      Detention Center      County Attorney

USAO_000430

EXHIBIT D - Page 1



## COURT MINUTES

For failure of the defendant to appear the Cash Bond posted in the amount of $ _____ is ordered forfeited.

On this \_\_\_\_\_10\_\_\_\_\_ day of April 20 24

defendant appeared, was advised of their constitutional rights, was arraigned, and entered a plea of

**NOT GUILTY-SET OMNIBUS**

**PUB. DEF.** ✓ YES \_\_\_ NO

RLA

guilty

180 days susp
$500 - 250 + 85 2
$335.00

R. LA

FINANCIAL RECORD

Amount Collected on Fine $ _____
Collection & Disbursement Journal Page

No. _____ Date _____

Certified and Approved

Justice of the Peace
or City Judge

USAO_000432

EXHIBIT D - Page 2