Scanned via Espinoza Lewis and Clark County Justice Court, TK-515-2024-722

1  **KEY:**

2  **JUDGE**

3  **UF:   UNKNOWN FEMALE**

4  **UF2: UNKOWN FEMALE 2**

5  **BE:   BRYANT NICHOLAS ESPINOZA**

6  **UM:   UNKNOWN MALE**

7  UF:  All right. Next I have Mr. Espinoza, TK24722.

8  JUDGE:    He is going to change his plea, is that correct?

9  UF:  Yes.

10 JUDGE:    All right, sir, it appears on February 6, 2024, at
11 2:00 p.m., Lewis and Clark County, Pelican Road, West, you
12 are charged with the offense of violating conditions of an
13 active order of protection by possessing a firearm, in
14 violation of 4055626, punishable by up to six months in jail
15 and a $500 maximum fine. So do you understand what you could
16 face?

17 BE:  Yes, Your Honor.

18 JUDGE:    All right. And are you giving up your right to a
19 trial today by pleading guilty?

20 BE:  Yes.

21 JUDGE:    All right. And these are stackable offenses; if you
22 receive another one in the future, the next would have
23 greater penalties.

24 BE:  I understand that.

25

State v. Espinoza, Lewis and Clark County Justice Court, TK-515-2024-722

1  JUDGE:    Okay. So then how do you wish to plead? Guilty or
2  not guilty?
3  BE:  Guilty.
4  JUDGE:    All right. Tell me why you're guilty?
5  UF:  May I assist? All right, Mr. Espinoza, on February 6,
6  2024, at approximately 2:00 p.m., were you in Lewis and Clark
7  County, Montana?
8  BE:  Yes.
9  UF:  And on that time and date, did you know there was an
10 order of protection in place that prohibited you from
11 possessing a firearm?
12 BE:  Yes.
13 UF:  This [unintelligible 00:01:28] you knowingly were in
14 possession of a firearm on February 6, 2024, is that correct?
15 BE:  Yes.
16 UF:  Is that sufficient?
17 JUDGE:    And so which court is this sat in—the order of
18 protection is residing in?
19 UF:  Oh, it's—
20 UM:  It's an order of protection—California.
21 UF:  Yeah, Superior Court of California, Riverside County.
22 JUDGE:    Thank you very much. Okay. Do you have a
23 recommendation today?
24
25

- 2 -

EXHIBIT E - Page 2

State of Montana v. Estvan Jeremiah Jeremy Jay-Cee, Polson City Court, TK-515-2024-722

1 UF2: Yes, You Honor, the State is recommending a $250
2 fine plus court costs and surcharges and 180-day jail
3 sentence with all 180 days suspended.
4 JUDGE: That's [unintelligible 00:02:08].
5 UF: That is what he had agreed to so we're—yeah, we're in
6 agreement with that recommendation.
7 JUDGE: This is a pretty serious offense considering the
8 circumstances. Tell me why I shouldn't put you in jail for
9 some period of time? I take a very dim view when people
10 violate a judge's orders—especially orders for protection
11 where a firearm is prohibited.
12 BE: Well, that—one of the firearms that was actually at the
13 house wasn't even mine. It's the property owner's. It was
14 just in a [overlapping/unintelligible 00:02:50].
15 JUDGE: You have at least one is yours, isn't that correct?
16 BE: Yes, I did. Yeah, I had the one firearm just because of
17 a previous tenant that was at the property and he has a no-
18 contact order—an order of no trespass—but he's violent, a
19 violent offender, so—
20 JUDGE: But somebody has one against you and they're
21 obviously equally afraid of what you might do and that's why
22 you're not allowed to have a firearm.
23 BE: Well, it wasn't the same person that has one against me.
24 JUDGE: I understand that.
25 BE: Okay.

- 3 -

1  JUDGE:    Somebody in California had one, though.

2  BE:  Yeah.

3  JUDGE:    Against you and they're worried about you having a

4  firearm and so is the judge, so I'm not real happy about the

5  situation. How am I going to be sure that you're going to

6  obey my sentence?

7  BE:  Yes.

8  JUDGE:    You didn't obey the Superior Court in California.

9  I'm going to go along with the sentence they recommended

10 today but I don't want to see you back here, okay? At least

11 in my courtroom for anything like this at all. I will

12 absolutely put you in jail if I see that. So your jail is

13 suspended for 180 days; the fine is $500 with past suspended

14 and a surcharge, you owe $335. If you remain law-abiding,

15 that also means that you need to obey an order from all the

16 courts. Do you have any questions about that?

17 BE:  The restraining order is up in August; after that, am I

18 able—

19 JUDGE:    If that court releases you from those conditions,

20 then, yes.

21 BE:  Okay.

22 JUDGE:    I can't take it away. I don't have the authority to

23 do that—to another judge's order.

24 BE:  Okay.

25

- 4 -

State v. Bryant Nicholas Espinoza, Lewis and Clark County Justice Court, TK-515-2024-722

1 JUDGE: Especially one in another state. Well, in the
2 meantime, [unintelligible 00:04:29] you just need to remain
3 law-abiding as far as this Count is concerned, okay?
4 BE: Okay.
5 JUDGE: And that means obeying other orders. All right,
6 sir, give this to the clerk and we'll set you up on your
7 [unintelligible 00:04:41] and you can be on your way.
8 BE: Thank you, have a good day.
9 UF: Thank you.
10
11 I, Margaret Logic, state under penalty of perjury, under the
12 laws of the State of Wisconsin, that I have prepared this 5-
13 page transcript regarding the file State v. Bryant Nicholas
14 Espinoza, Lewis and Clark County Justice Court, TK-515-2024-
15 722 to the best of my ability on January 30, 2025, in the
16 Township of Brookfield, County of Waukesha, State of
17 Wisconsin. I further certify that I am not in any way
18 interested in the outcome of the cause named in said
19 interview.
20 *Margaret Logic*
   Signature

- 5 -

EXHIBIT E - Page 5