CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: chad_wright@fd.org
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRYANT NICHOLAS ESPINOZA, <br><br> Defendant. | CR 24-26-BMM <br><br> **DEFENDANT ESPINOZA'S MOTION TO CHANGE PLEA FROM NOT GUILTY TO GUILTY WITH A PLEA AGREEMENT** |

## MOTION

COMES NOW Defendant Bryant Nicholas Espinoza, by and through his undersigned counsel, Chad Wright, and the Federal Defenders of Montana, and respectfully advises that he has reached a plea agreement with the United States.

The agreement involving Mr. Espinoza's intention to plead guilty to Count I of the Indictment, which charges the crime of possession of a firearm in a school

1

zone, in violation of 18 USC §922(g)(2)(A), has been signed by Mr. Espinoza, his counsel, and government counsel and has been filed with the Court. The plea agreement need not be filed under seal.

Based on the foregoing notice of intention, Mr. Espinoza requests that the Court set down a convenient time for a change of plea hearing and vacate the evidentiary hearing set for February 27, 2025, the trial set for March 4, 2025, and all associated deadlines previously ordered by the Court on December 24, 2024 (ECF No. 18).

## CONCLUSION

WHEREFORE, Mr. Espinoza respectfully requests that the Court set down a convenient time for a change of plea hearing.

RESPECTFULLY SUBMITTED this 13th day of February, 2025.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 13, 2025, a copy of the foregoing document was served on the following persons by the following means:

   1     CM-ECF

   2     E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
       Counsel for the United States of America

2. BRYANT NICHOLAS ESPINOZA
       Defendant

/s/ Chad Wright
FEDERAL DEFENDERS OF MONTANA