# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRYANT NICHOLAS ESPINOZA, Defendant. | CR 24-26-BMM <br><br> **ORDER** |

Defendant Bryant Nicholas Espinoza having filed a Motion to Change Plea from Not Guilty to Guilty with a Plea Agreement, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the trial set for March 4, 2025, and the scheduling order dated December 24, 2024 (ECF No. 18) previously imposed are VACATED;

**IT IS FURTHER ORDERED** that a Change of Plea Hearing shall be and is hereby scheduled for the _____ day of February, 2025, at \_\_\_:\_\_\_\_ \_\_\_.m. in Great Falls.

DATED this _____ day of February, 2025.

_____
BRIAN M. MORRIS
United States District Judge

1