PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:  (406) 457-5120
Fax:      (406) 457-5130
Email:  paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRYANT NICHOLAS ESPINOZA, Defendant. | CR 24-26-H-BMM<br><br>MOTION FOR PRELIMINARY ORDER OF FORFEITURE |
|---|---|

The United States of America, represented by Paulette L. Stewart, Assistant United States Attorney for the District of Montana, hereby moves for a Preliminary Order of Forfeiture forfeiting Defendant Bryant Nicholas Espinoza's interest in the property listed in the accompanying brief and directing the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, to seize the

1

same. Defense counsel has been contacted and does not oppose this motion. L.R. CR 47.1(a).

DATED this 18th day of March 2025.

>KURT G. ALME
>United States Attorney
>
>*/s/ Paulette L. Stewart*
>Assistant U. S. Attorney
>Attorney for Plaintiff